UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 07-278 |
| STEPHEN MAYEAUX | SECTION: "K" |

### ORDER

Considering the above and foregoing Unopposed Motion to Reinstate Bond;

**IT IS HEREBY ORDERED** that the defendant, Stephen Mayeaux's, original bond be reinstated and that he be allowed to return to the Bridge House.

**NEW ORLEANS, LOUISIANA**, this __9th__ day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE